UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALAN JOHN MORAVETZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-1602 (UNA) |
| ) | |
| ) | |
| UNITED STATES GOVERNMENT, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OPINION**

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The application will be granted, and the case will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), which requires the Court to dismiss a complaint upon determining that it, among other enumerated grounds, is frivolous.

Plaintiff, a resident of Lady Lake, Florida, has sued the United States. In the prolix complaint addressed to "hopefully a non-corrupt judiciary system," Plaintiff asserts that "[m]ost of the Elite people that are in and associated with the United States Government" are "involved with the New World Order and have hidden this secret for well over three quarters of century." Compl. at 1. Allegedly, the elite people have "destroyed" Plaintiff's "life, [ ] health, [ ] freedom, [ ] privacy, [ ] finances, and [ ] social life! And now these tyrannical terrorists have murdered [Plaintiff's] father through corrupt terrorist surgical procedures involving cybernetics, satellites and microchip technology!" *Id*. Plaintiff claims to have "evidence" of "the X-rays, CT & PET scan photos" to show who he is and "what has been done to [him]." *Id*. The responsible "tyrannical inhumane beings range from all departments of the United States Government,"

including "all Presidents dating back to the early 40's" and "their administration, cabinet and affiliates[.]" *Id*. The complaint, such as it is, continues in this incomprehensible manner.

Complaints premised on fantastic or delusional scenarios or supported wholly by allegations lacking "an arguable basis either in law or in fact" are subject to dismissal as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see Denton v. Hernandez*, 504 U.S. 25, 33 (1992) ("[A] finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible[.]"); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994) (a court may dismiss claims that are "essentially fictitious"-- for example, where they suggest "bizarre conspiracy theories . . . [or] fantastic government manipulations of their will or mind") (citations and internal quotation marks omitted)); *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind."). The instant complaint satisfies this standard and offers no hint of a cure. Therefore, this case will be dismissed with prejudice. A separate order accompanies this Memorandum Opinion.

/s/
JAMES E. BOASBERG
United States District Judge

DATE: July 8, 2020